

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2022

No. 04-21-00565-CR

John Anthony **SCHARRINGHAUSEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR2612
Honorable Velia J. Meza, Judge Presiding

# O R D E R

On April 12, 2022, we ordered court reporter Herminia Torres to file the reporter's record with this court no later than May 2, 2022. On May 2, 2022, Ms. Torres filed a notification of late record requesting a second extension of time to complete the reporter's record. The request is GRANTED. Ms. Torres is ORDERED to file the reporter's record with this court **no later than May 31, 2022**. *Further requests for extensions of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court